IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DARTY JAMES REED,　　　　　　　　　:
　　　　Petitioner　　　　　　　　　　:
　　　　v.　　　　　　　　　　　　　　: Case No. 3:17-cv-130-KRG-KAP
DISTRICT OF COLUMBIA BOARD OF　　　:
PAROLE,　　　　　　　　　　　　　　 :
　　　　Respondent　　　　　　　　　　:

Memorandum Order

Petitioner's petition for a writ of mandamus was referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636, and Local Civil Rule 72.

The Magistrate Judge filed a Report and Recommendation on November 2, 2017, ECF no. 8, recommending that the petition be denied before service.

The petitioner was notified that pursuant to 28 U.S.C.§ 636(b)(1) he had fourteen days to file written objections to the Report and Recommendation. The petitioner filed timely objections at ECF no. 9, but they are meritless.

After *de novo* review of the record of this matter, the Report and Recommendation, and the objections thereto, the following order is entered:

AND NOW, this 27th day of November, 2018, it is

ORDERED that the petitioner's petition for a writ of mandamus is denied. The Report and Recommendation is adopted as the opinion of the Court. The Clerk shall mark this matter closed.

BY THE COURT:

_____
KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF and by U.S. Mail to:

Darty James Reed, Reg. No. 35029-037
F.C.I. Loretto
P.O. Box 1000
Loretto, PA 15940